COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:      BP Automotive LP d/b/a Bossier Dodge  **V.**  RLJ-McLarty_Landers
                          Automotive Group

Appellate case number:    01-12-00346-CV

Trial court case number:  10030B1

Trial court:              87th District Court of Freestone County

Date motion filed:        10/03/14

Party filing motion:      Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: <u>Sherry Radack</u>
                          ☐ Acting individually    ☒ Acting for the Court

Panel consists of: <u>Chief Justice Radack and Justices Higley and Huddle.</u>


Date:  <u>December 2, 2014</u>